DANIEL G. BOGDEN
United States Attorney
District of Nevada
Nevada State Bar No. 2137
CARLOS A. GONZALEZ
Assistant United States Attorney
333 Las Vegas Blvd. So., #5000
Las Vegas, Nevada  89101
Ph: (702) 388-6336
Fax: (702) 388-6787
E-mail: Carlos.Gonzalez2@usdoj.gov

Attorneys for the United States.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:04-cv-01345-MMD-PAL |
| JOHN DAVID TUTTEROW, | ) |
| Defendant. | ) |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME**

(First Request)

COMES NOW plaintiff, by and through their attorneys, Daniel G. Bogden, United States Attorney for the District of Nevada, and Carlos A. Gonzalez, Assistant United States Attorney, and request a thirty (30) day extension of time, to file an appropriate pleading to defendant's Motion For Order to Quash Writ of Garnishment; Compel Credit for Payments Made; Recalculation of Principle and Interest; and Satisfaction of Judgment.

. . .

. . .

. . .

The instant request is based on discussions by the parties to determine the appropriate manner to resolve the instant controversy without perhaps the need for additional litigation.

Defendant's legal representative agrees with this approach and the instant extension of time.

Plaintiffs current deadline to answer defendant's motion is Tuesday, September 4, 2012.

It is therefore respectfully requested that plaintiff be granted a thirty (30) day extension of time to file an appropriate pleading to defendant's motion up to and including Thursday, October 4, 2012.

DATED this 4th day of September 2012.

Respectfully submitted,

Daniel G. Bogden
United States Attorney

  /s/ Carlos A. Gonzalez
Carlos A. Gonzalez
Assistant United States Attorney


IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATE: September 24, 2012

2