1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   Nevada State Bar No. 2137
3  CARLOS A. GONZALEZ
   Assistant United States Attorney
4  333 Las Vegas Blvd. So., #5000
   Las Vegas, Nevada   89101
5  Ph: (702) 388-6336
   Fax: (702) 388-6787
6  E-mail: Carlos.Gonzalez2@usdoj.gov

7  Attorneys for the United States.

8
                    UNITED STATES DISTRICT COURT
9                        DISTRICT OF NEVADA

10 UNITED STATES OF AMERICA,    )
                                )
11            Plaintiff,        )
   v.                           )   Case No. 2:04-cv-01345-MMD-PAL
12                              )
   JOHN DAVID TUTTEROW,         )
13                              )
              Defendant.        )
14 _____)

15       **PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME**

16                          (First Request)

17       COMES NOW plaintiff, by and through their attorneys, Daniel

18 G. Bogden, United States Attorney for the District of Nevada, and

19 Carlos A. Gonzalez, Assistant United States Attorney, and request

20 a thirty (30) day extension of time, to file an appropriate

21 pleading to defendant's Motion For Order to Quash Writ of

22 Garnishment; Compel Credit for Payments Made; Recalculation of

23 Principle and Interest; and Satisfaction of Judgment.

24 . . .

25 . . .

26 . . .

The instant request is based on discussions by the parties to determine the appropriate manner to resolve the instant controversy without perhaps the need for additional litigation.

Defendant's legal representative agrees with this approach and the instant extension of time.

Plaintiffs current deadline to answer defendant's motion is Tuesday, September 4, 2012.

It is therefore respectfully requested that plaintiff be granted a thirty (30) day extension of time to file an appropriate pleading to defendant's motion up to and including Thursday, October 4, 2012.

DATED this 4th day of September 2012.

Respectfully submitted,

Daniel G. Bogden
United States Attorney

  /s/ Carlos A. Gonzalez
Carlos A. Gonzalez
Assistant United States Attorney


IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATE: September 24, 2012

2